TOWNSHIP OF TEANECK, PLAINTIFF-RESPONDENT, v. LUTHERAN BIBLE INSTITUTE, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 34 *N. J. Super.* 418.

*Mr. James A. Major* for the petitioner.

*Mr. John J. Deeney* for the respondent.

September 12, 1955. ▮▮▮

FRANCES PONA, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. BOULEVARD ARENA, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 35 *N. J. Super.* 148.

*Messrs. Jacobson & Winter* and *Mr. Sam Weiss* for the petitioner.

*Messrs. Carpenter, Gilmour & Dwyer, Mr. Elmer J. Bennett, Mr. James P. Beggans, Mr. Milton A. Dauber* and *Mr. Lawrence Reich* for the respondents.